U.S. COURTS

NOV 1 5 2012

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

United States District Court
For the District of Idaho

Case No. 12 - 569 - S MHW

Walter McLemore )
Plaintiff, )
)
v. ) Jury Trail Requested: Yes
)
Dennis Dillon Automotive Group inc. )
Donald J. Farley )      Complaint

### A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: 42 U.S.C.§ 1983

### B. PLANINTIFF

My name is Walter McLemore. I am a citizen of the State of Idaho presently residing at 3110 N. Lancer Ave, Meridian, Id 83646

### C. DEFENDANT AND CAUSE OF ACTION

1. I am suing Donald J. Farley, who is acting as Registered agent for Dennis Dillon Automotive Group Inc.

2. I am complaining that on Oct 11, 2011, Defendant did the following: Violated my civil right thru racial discrimination resulting termination of my employment. On April 16, 2012 spoke to my employer about this pending litigation resulting in termination of employment.

3. I allege that the acts described above violated the following provisions of the Constitution, Federal statutes, or state laws:
Civil Rights 42 U.S.C.§ 1983

4. I allege that I suffered the following injury or damage as a result: Loss of income, Slandered in my field of work, mental anguish, Depression, loss of enjoyment of life.

5. I seek the following relief: $780,000.00

6. I am suing the defendant in his official capacity for this claim, I exhausted the grievance system threw the EEOC and was granted the right to sue.

D. **PREVIOUS OR PENDING LAWSUITS:**
None

E. **REQUESTED FOR APPOINTMENT OF ATTORNEY:** No

F. **DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury:

That I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. §1621. and that I filed with the Clerk of the Court on November 15, 2012

Executed at Boise, Idaho on November 15, 2012

_____
Plaintiff