UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER McLEMORE,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS DILLON AUTOMOTIVE GROUP, INC., an Idaho Corporation; Brad Dillon, an individual; Gary Luper, an individual; and Tim Byers, an individual.<br><br>Defendants. | Case No. 1:12-CV-00569-MHW<br><br>*Amend*<br>**COMPLAINT**<br><br>Jury Trial Requested: Yes |

## JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over the claims in this matter under ID§ 2000e-2(a)(1).

Plaintiff alleges:

## COUNT I:

1. Plaintiff is a citizen of the State of Idaho and am presently residing at 3110 N. Lancer Avenue, City of Meridian, County of Ada, State of Idaho 83646. I have resided in Idaho since 2006.

2. Plaintiff is African-American.

COMPLAINT                                                                 Page | 1

ORIGINAL

3. Plaintiff was an employee of Dennis Dillon, Automotive Group, Inc.

4. That the Defendants are Dennis Dillon Automotive Group, Inc., an Idaho Corporation; Brad Dillon, an individual, an officer and owner of Dennis Dillon Automotive Group, Inc.; Gary Luper, an individual and an employee of Dennis Dillon Automotive Group, Inc., and Tim Byers, an individual and management employee of Dennis Dillon Automotive Group, Inc.

5. While an employee, Plaintiff, on October 11, 2011 was subjected to racial comments, slurs and verbal threats by Gary Luper (Caucasion), in front of customers and other employees. The racial comments and threats made by defendant, Gary Luper, included the following: 1) You want to go, you fucking nigger, let's go. After saying that, defendant, Gary Luper began walking to the back door of the shop. 2) Nigger, let's take this outside, and 3) You don't know who you're fucking with.

6. As a result of this racial attack by Gary Luper, Plaintiff was discharged from his job by Brad Dillon (Caucasion). Such discrimination and discharge is contrary to the public policy of the State of Idaho and of the United States.

7. Defendants' actions in such termination were willful and malicious toward Plaintiff.

8. As a proximate result of his termination, Plaintiff has suffered loss of income and loss of fringe benefits and other valuable job rights. Furthermore, Plaintiff has suffered emotional distress, depression, mental anxiety and loss of enjoyment of life.

## COUNT II:

9. Plaintiff realleges the allegations in Count I of this Complaint.

10. Defendants' management and supervisory personnel, acting within the scope of their employment knowingly made accusations and discussed the incident that occurred at

Dennis Dillon to Tom Scott, employer's of Plaintiff, of Plaintiff's character, and honesty, and of his employment record. These statements were made in bad faith and for no legitimate business purpose and were made with reckless disregard for the truth and there was actual malice on the part of said Defendant, Tim Byers, in the making of these accusations and statements.

11. As a result of the above described actions, Plaintiff was discharged from his job at Tom Scott on April 16, 2012.

12. As a result of this termination, Plaintiff suffered harm to his personal and business reputation, humiliation, extreme emotional distress and mental suffering.

13. Defendants, Dennis Dillon Automotive Group, Inc., and Brad Dillon, an officer of the Corporation, ratified and condoned the false accusations and defamation by his management and supervisory employee and is liable for the payment of compensatory damages.

## COUNT III:

14. Plaintiff realleges the allegations in Count I and Count II of this Complaint.

15. The discharge of Plaintiff was the proximate result of the intentional and malicious infliction of racial discrimination and emotional distress by Defendants, which constitutes a violation of rights protected by the Constitution, or created by federal statute.

16. Plaintiff has exhausted the administrative remedies by receiving a right-to-sue letter from the EEOC.

WHEREFORE, Plaintiff prays as follows:

    1. That the Defendants pay to the Plaintiff back or lost wages, loss of fringe benefits, loss of future earnings and benefits, in the amount of $80,000.

2. That the Defendants pay to the Plaintiff the amount of $700,000 for racial discrimination, emotional distress and loss of reputation damages.

3. That if the Plaintiff is obligated to hire an attorney to be awarded a reasonable attorney fee and costs as set by the Court.

4. For such other and further relief as the Court deems just.

Dated this _8_ day of February, 2012.

_____
Walter McLemore
Plaintiff, Pro Se

**DEMAND FOR JURY TRIAL**

**VERIFICATION**

STATE OF IDAHO            )
                          :ss
County of Ada             )

I, Walter, McLemore, being first duly sworn on oath, depose and say:

That I am the Plaintiff in the above-entitled action; that I have read the foregoing Complaint, know the contents thereof and believe the same to be true.

_____
Walter McLemore
Plaintiff, Pro Se

SUBSCRIBED AND SWORN to before me this _8th_ day of _February_, 2013

_____
Notary Public for Idaho
Residing at: _Caldwell, ID_
My Commission expires: _4/13/2017_