UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER McLEMORE,<br><br>     Plaintiff,<br><br> v.<br><br>DENNIS DILLON AUTOMOTIVE<br>GROUP, INC.,<br><br>     Defendant. | Case No. 1:12-cv-00569-MHW<br><br>**ORDER OF DISMISSAL** |

On June 12, 2013, the Court entered an Order dismissing Plaintiff's Amended Complaint in its entirety with leave to amend in part.  Plaintiff was directed to file a Second Amended Complaint by July 12, 2013, file a notice of voluntary dismissal, or risk dismissal of his case without further notice if he failed to respond.  *See Dkt.* 8.  Plaintiff has failed to file a Second Amended Complaint or a notice of voluntary dismissal.

Plaintiff, the only party appearing in this action, has consented to proceed before a United States Magistrate Judge (Dkt. 6).  *See* 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. *See also United States v. Real Property*, 135 F.3d 1312, 1316 (9th Cir. 1998) (holding that in an in rem civil forfeiture action wherein the plaintiff consented, the magistrate judge had jurisdiction to enter a final judgment over a defaulted person who was

technically not a "party" to the litigation); *Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995) (reasoning that unserved defendants are not parties).   Accordingly,

      **IT IS ORDERED**  that this case is **DISMISSED** in its entirety **WITH PREJUDICE**.

DATED: July 25, 2013

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER OF DISMISSAL - 2**